STATE OF NEW JERSEY v. ERNEST BROOKS.

June 19, 1984.

Petition for certification denied.

NEW JERSEY STATE PAROLE BOARD v. GEORGE THOMAS.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ROVITO.

June 19, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. THOMAS ROVITO.

June 19, 1984.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. MARK A. SAVIDGE.

June 19, 1984.

Petition for certification denied.